**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Harold FIELD, Defendant–Appellant.**

**No. 11–11797
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 25, 2011.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Darren James Johnson, Randolph P. Murrell, Federal Public Defender's Office, Gainesville, FL, Chet Kaufman, Federal Public Defender's Office, Tallahassee, FL, Robert Harold Field, FCI Marianna–Inmate Legal Mail, Marianna, FL, for Defendant–Appellant.

Before PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Robert Harold Field in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Field's conviction and sentence are **AFFIRMED.**